■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH POWELL, Appellant.—Judgment unanimously affirmed. Memorandum: The record at the pretrial suppression hearing fully supports the court's finding of fact that defendant knowingly and voluntarily waived her *Miranda* rights *(see, Miranda v Arizona,* 384 US 436). Further, we find that the prosecutor's remarks during summation did not deprive defendant of a fair trial. His remarks were a proper response to defendant's testimony and to the remarks on summation of defense counsel. Finally, we reject defendant's contention that her sentence is harsh and excessive. (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Murder, 2nd Degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND FREEMAN, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's contention on appeal is that the court erred in its charge on reasonable doubt. Defendant did not object to the charge and, therefore, that issue is not preserved for review *(see,* CPL 470.05 [2]). In any event, the court's charge was proper *(see, People v Malloy,* 55 NY2d 296, 300, 303, *cert denied* 459 US 847; *People v Hammond,* 143 AD2d 1043; *People v Quinones,* 123 AD2d 793, *lv denied* 69 NY2d 749). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Grand Larceny, 4th Degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JAIME MANINI, Respondent.—Order unanimously affirmed. Memorandum: County Court properly dismissed counts 37 and 38 of the indictment. The evidence before the Grand Jury was legally insufficient to establish that defendant, while in California, was in constructive possession of cocaine physically possessed by another person in New York or that defendant was liable as an accessory to the possession of cocaine in New York *(see, People v Jennings,* 69 NY2d 103, 115; *People v Patel,* 132 AD2d 498, 502, *amended* 133 AD2d 38, *lv denied* 70 NY2d 935; *People v Ballard,* 133 Misc 2d 584, 587-589). (Appeal from Order of Onondaga County Court, Burke, J.—Dismiss Indictment.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.